

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BILLY A., *et al.*, §
§
Plaintiffs, §
v. § CIVIL ACTION NO. 3:02CV475WS
§
WARREN A. JONES, M.D. *et al.* §
§
Defendants. §

## NOTICE OF DEATH OF PLAINTIFF, LEROY K.

Now comes Plaintiffs, Billy A. *et el.*, through undersigned counsel, to inform the Court, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure that Plaintiff, Leroy K. died on March 20, 2003. The rights sought to be enforced by this litigation survives to the remaining Plaintiffs in this action.

Respectfully submitted,

MAUREEN O'CONNELL
Bar No. 43246

SOUTHERN DISABILITY LAW CENTER
1307 Payne Ave.
Austin, Texas 78757
(512) 458-5800/(512) 448-5850 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Notice of Death of Plaintiff, Leroy K.* has been served by placing same in the U.S. Mail to counsel of record Harold Pizzetta, III, Office of the Attorney General, 450 High Street, Jackson, MS 39205, this 8th day of March, 2004.

MAUREEN O'CONNELL