UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 24 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

BILLY A., *et al.*, §
§
Plaintiffs, §
v. § CIVIL ACTION NO. 3:02CV475WS
§
WARREN A. JONES, M.D., *et al.* §
§
Defendants. §

## JOINT MOTION FOR COURT APPROVAL AND ADOPTION OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL

The parties, by and through undersigned counsel, hereby stipulate that they have reached a settlement in the above action, and respectfully move this Court to approve, adopt, and incorporate the Settlement Agreement ("Agreement"), attached hereto as Exhibit A, as an Order of the Court. In support of this motion, the parties state as follows:

1. Each of the Named Plaintiffs has received, reviewed, and voluntarily signed the Agreement, having been advised as to meaning and legal consequences of its terms. Plaintiffs' counsel believe that the Agreement is beneficial to the Named Plaintiffs and to the class members they represent.

2. Each of the Named Defendants has received, reviewed, and voluntarily signed the Agreement. They have also had the advice of their attorneys as to the meaning and legal consequences of its terms. Further, Defendants and their counsel have obtained all necessary approvals and state that they have been fully authorized to enter into and execute this Agreement.

3. As stated in the Agreement, counsel stipulate that "it is the intention of the parties that the Agreement be approved, adopted by, and fully incorporated into an Order of the Court and that

the Court shall have exclusive jurisdiction over all matters relating to enforcement of the Agreement." Agreement, ¶14.1.

4. Given the Court's ongoing jurisdiction to enforce matters relating to this Agreement, counsel further stipulate that Plaintiffs' Amended Complaint is voluntarily dismissed, with prejudice, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure.

For the reasons set forth above, the parties respectfully move this Court to approve, adopt, and incorporate the Settlement Agreement into an Order of this Court and dismiss Plaintiffs' Amended Complaint, with prejudice.

Respectfully Submitted,

MAUREEN O'CONNELL
Bar No. 43246

SOUTHERN DISABILITY LAW CENTER
1307 Payne Ave.
Austin, Texas 78757
(512) 458-5800/(512); 448.5850 (FAX)

JAMES COMSTOCK-GALAGAN
Texas Bar No. 004653400

SOUTHERN DISABILITY LAW CENTER
976 South Beach Blvd
Bay St. Louis, MS 39520
(228) 467-0092/(228) 467-0858 (FAX)

ROBERT B. MCDUFF
Mississippi Bar No. 2532.

767 North Congress St.
Jackson, MS 39202
(601) 969-0802/(601) 969-0804 (FAX)

HAROLD E. PIZZETTA, III.
Mississippi Bar No. 99867

SPECIAL ASS'T ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
(601) 359.3680; (601) 359.2003

STEPHEN F. GOLD
Pennsylvania Bar No. 09880

125 S. 9th Street, Ste 700
Philadelphia, PA 19107
(215) 627-7100/(215) 627-3183 (FAX)

ATTORNEYS FOR PLAINTIFFS