UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



BILLY A., *et al.*, §
§
　　　　Plaintiffs, §
v. § CIVIL ACTION NO. 3:02CV475WS
§
WARREN A. JONES, M.D. *et al.* §
§
　　　　Defendants. §

## JOINT STIPULATION DISMISSING DEFENDANT DONALD TAYLOR

COME NOW all parties in the above-captioned cause and submit this *Joint Stipulation Dismissing Donald Taylor*, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

1. On May 16, 2002, five individuals with disabilities and the Mississippi Coalition for Citizens with Disabilities ("MCCD") filed this class action lawsuit on their own behalf, and that of others with disabilities, alleging that Defendants home and community based Medicaid waiver programs violated the requirements of the Medicaid Act, 42 U.S.C. §1396, *et seq.*, the Americans with Disabilities Act, 29 U.S.C. §12101, *et seq.*, and Section 504 of the Rehabilitation Act, as amended, 29 U.S.C. §794.

2. Named in this litigation are the following three Defendants, each sued in their official capacities:

> Defendant Dr. Warren A. Jones, in his official capacity as Executive Director of the Mississippi Division of Medicaid;
>
> Defendant H.S. McMillan, in his official capacity as Executive Director of the Mississippi Department of Rehabilitation Services and his successors in office; and
>
> Defendant Donald Taylor, in his official capacity as Executive Director of the Mississippi Department of Human Services.

3. As the Mississippi Department of Human Services no longer provides Home and Community Based Medicaid waiver services, the parties agree that Defendant Donald Taylor should be dismissed from this litigation, with prejudice.

DATED this the ____ day of March, 2005.

Respectfully Submitted,

MAUREEN O'CONNELL
Bar No. 43246

SOUTHERN DISABILITY LAW CENTER
1307 Payne Ave.
Austin, Texas 78757
(512) 458-5800/(512); 448.5850 (FAX)

JAMES COMSTOCK-GALAGAN
Texas Bar No. 004653400

SOUTHERN DISABILITY LAW CENTER
976 South Beach Blvd
Bay St. Louis, MS 39520
(228) 467-0092/(228) 467-0858 (FAX)

ROBERT B. MCDUFF
Mississippi Bar No. 2532.

767 North Congress St.
Jackson, MS 39202
(601) 969-0802/(601) 969-0804 (FAX)

STEPHEN F. GOLD
Pennsylvania Bar No. 09880

125 S. 9th Street, Ste 700
Philadelphia, PA 19107
(215) 627-7100/(215) 627-3183 (FAX)

ATTORNEYS FOR PLAINTIFFS

HAROLD E. PIZZETTA, III.
Mississippi Bar No. 99867

SPECIAL ASS'T ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
(601) 359.3680; (601) 359.2003

ATTORNEY FOR DEFENDANTS